Gilbert D. Somera
Somera Law Group
2540 Pacific Ave. Suite 4
Stockton, CA 95204
Tel. (209) 465-6633
Fax. (209) 465-6635

Attorney for Defendant
Alejandro Angel Guerrero

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO ANGEL GUERRERO,<br><br>    Defendants. | ) CASE NO.  1:14-CR-00073 LJO<br>)<br>)<br>) STIPULATION AND<br>) ORDER TO EXCLUDE TIME<br>)<br>)<br>)<br>) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. Previously, this matter was set for status on July 7, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until August 18, 2014, and to exclude time between July 7, 2014 to August 18, 2014, pursuant to 18 U.S.C.§ 3161(h)(7)(A).  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The parties are involved in ongoing plea negotiations and need additional time to explore the possibility of a plea deal.

    b. The parties are awaiting additional discovery, specifically lab results which the agent in charge has not yet received.

    c. Counsel for the defendant desires additional time to consult with his client, to review the current charges and to discuss the potential resolution with his client.

    d. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e. The government does not object to the continuance.

    f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 7, 2014, to August 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

                                                  BENJAMIN WAGNER
                                                  U.S. ATTORNEY

Dated: July 3, 2014                         by:     _/s/(Auth. 7/3/14)_____
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

Dated: July 3, 2014                         by:     __/s/ 7/3/14_____
                                                  GILBERT D. SOMERA
                                                  Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.

    Dated:  **July 3, 2014**                        **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE