**GILBERT D. SOMERA**, #230392
SOMERA LAW GROUP
*A Professional Corporation*
2540 Pacific Avenue, Suite 4
Stockton, California 95204
Phone: (209)465-6633
Fax: (209)465-6635
Email: gil@someralaw.com

Attorney for Defendant, ALEJANDRO ANGEL GUERRERO

BENJAMIN B. WAGNER,
United States Attorney
**KIMBERLY A. SANCHEZ**
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Phone: (559)497-4038
Email: Kimberly.sanchez@usdoj.gov

Attorney for the Plaintiff, UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA. <br><br> Plaintiffs, <br><br> vs. <br><br> ALEJANDRO ANGEL GUERRERO <br><br> Defendants. | Case No.: 1:14-cr-00073-LJO <br><br><br> STIPULATION AND ORDER TO EXCLUDE TIME <br><br><br> Action Filed: March 7, 2014 |

## STIPULATION

Plaintiff, United States of America ("Plaintiff"), by and through its counsel of record, and the defendant, Alejandro Angel Guerrero ("Defendant"), by and through his counsel of record, hereby

1
STIPULATION AND ORDER TO EXCLUDE TIME

stipulate as follows:

1. Previously, this matter was set for status on August 18, 2014.

2. By this stipulation, Defendant now moves to continue the status conference until October 20, 2014, and to exclude time between August 18, 2014, to October 20, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Defense counsel, Mr. Gilbert D. Somera, will be unavailable to attend the presently-scheduled status conference on August 18, 2014, due to a criminal trial pending before the Superior Court of California, County of San Joaquin, Stockton Branch.

    b. The parties herein are further involved in ongoing plea negotiations and need additional time to explore the possibility of a plea deal.

    c. The parties are awaiting additional discovery, specifically lab results which the agent in charge has not yet received.

    d. Counsel for Defendant desires additional time to consult with his client, to review the current charges and discuss the potential resolution with his client.

    e. Counsel for Defendant believes that the failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f. The government does not object to the continuance.

    g. Based on the above-stated findings, the ends of justice are served by continuing the case as requested which outweighs the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

    h. For the purpose of computing time under the Speedy Trial Act, within which trial must commence, the time period of August 18, 2014, to October 20, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at Defendant's request on

the basis of the Court's finding that the ends of justice are served by taking such action which outweighs the best interest of the public and Defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: August 12, 2014　　　　　　　　　　SOMERA LAW GROUP

　　　　　　　　　　　　　　　　　　By:＿＿/s/ Gilbert D. Somera＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　GILBERT D. SOMERA
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, ALEJANDRO ANGEL GUERRERO

DATED: August 12, 2014　　　　　　　　　　BENJAMIN B. WAGNER,
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:＿＿/s/ Kimberly A. Sanchez＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED.

Dated: **August 15, 2014**　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE