**GILBERT D. SOMERA**,#230392
SOMERA LAW GROUP
*A Professional Corporation*
2540 Pacific Avenue, Suite 4
Stockton, California 95204
Phone: (209)465-6633
Fax: (209)465-6635
Email: gil@someralaw.com

Attorney for Defendant, ALEJANDRO ANGEL GUERRERO

BENJAMIN B. WAGNER,
United States Attorney
**KIMBERLY A. SANCHEZ**
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Phone: (559)497-4038
Email: Kimberly.sanchez@usdoj.gov

Attorney for the Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA. <br><br> Plaintiffs, <br><br> vs. <br><br> ALEJANDRO ANGEL GUERRERO <br><br> Defendants. | Case No.: 1:14-cr-00073-LJO <br><br> *AMENDED* STIPULATION AND ORDER TO EXCLUDE TIME <br><br> Action Filed: March 7, 2014 |

**STIPULATION**

Plaintiff, United States of America ("Plaintiff"), by and through its counsel of record, and the defendant, Alejandro Angel Guerrero ("Defendant"), by and through his counsel of record, hereby stipulate as follows:

1. Previously, this matter was set for status on October 20, 2014.

2. By this stipulation, Defendant now moves to continue the status conference until February 17, 2015, and to exclude time between October 20, 2014, to February 17, 2015, at 1:00 p.m. before Honorable Sheila K. Oberto, pursuant to 18 U.S.C. § 3161(h)(7)(A). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Defense counsel, Mr. Gilbert D. Somera, will be unavailable to attend the presently-scheduled status conference on October 20, 2014, due to calendar conflicts.

    b. The parties are awaiting additional discovery, specifically lab results, which the laboratory in charge has indicated will not be available until mid-November of 2014.

    c. The parties herein are further involved in ongoing plea negotiations and need additional time to explore the possibility of a plea deal.

    d. That Plaintiffs' counsel will be on maternity leave and will not return until February 16, 2015. Since said date is a Federal Holiday, the first available date to hold this status conference is February 17, 2015. The parties stipulate that should they reach an agreement before then, they will file a stipulation to put the matter on calendar for a plea.

    e. Counsel for Defendant believes that the failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f. The government does not object to the continuance.

    g. Based on the above-stated findings, the ends of justice are served by continuing the case as requested which outweighs the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

    h. For the purpose of computing time under the Speedy Trial Act, within which trial must commence, the time period of October 20, 2014, to February 17, 2015,

    inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice are served by taking such action which outweighs the best interest of the public and Defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 17, 2014    SOMERA LAW GROUP

            By: /s/ Gilbert D. Somera
              GILBERT D. SOMERA
              Attorney for Defendant, ALEJANDRO ANGEL GUERRERO

DATED: October 17, 2014    BENJAMIN B. WAGNER,
              United States Attorney

            By: /s/ Kimberly A. Sanchez
              KIMBERLY A. SANCHEZ
              Assistant United States Attorney
              Attorney for Plaintiff, UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED that the 1st Status Conference is continued from October 20, 2014 to February 17, 2015 at 1:00 PM before Judge Oberto. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) from October 20, 2014 thru February 17, 2015. Counsel are ADMONISHED that late submitted stipulations are subject to denial and/or sanctions.

Dated:   **October 17, 2014**                              **/s/ Barbara A. McAuliffe**
                                                           UNITED STATES MAGISTRATE JUDGE