**GILBERT D. SOMERA**, #230392
SOMERA LAW GROUP
*A Professional Corporation*
2540 Pacific Avenue, Suite 4
Stockton, California 95204
Phone: (209)465-6633
Fax: (209)465-6635
Email: gil@someralaw.com

Attorney for Defendant, ALEJANDRO ANGEL GUERRERO

BENJAMIN B. WAGNER,
United States Attorney
**KIMBERLY A. SANCHEZ**
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Phone: (559)497-4038
Email: Kimberly.sanchez@usdoj.gov

Attorney for the Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiffs,<br><br>vs.<br><br>ALEJANDRO ANGEL GUERRERO<br><br>Defendants. | Case No.: 1:14-cr-00073-LJO<br><br><br>STIPULATION AND ORDER TO EXCLUDE TIME<br><br><br>Action Filed: June 29, 2015 |

## STIPULATION

Plaintiff, United States of America ("Plaintiff"), by and through its counsel of record, and the defendant, Alejandro Angel Guerrero ("Defendant"), by and through his counsel of record, hereby stipulate as follows:

1. Previously, this matter was set for sentencing on July 20, 2015.

2. By this stipulation, Defendant now moves to continue sentencing until August 10, 2015. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Defense counsel, Mr. Gilbert D. Somera, will be unavailable to attend the presently-scheduled sentencing on July 20, 2015, due to a calendar conflict, specifically Mr. Gilbert D. Somera has a scheduled Federal matter in San Jose on July 20, 2015, USA v. Anthonio Rueda-Ayala and Esmeralda Luviano, case number: CR14-00028 EJD.

   b. The government does not object to the continuance.

IT IS SO STIPULATED.


DATED:  __June 29, 2015_____             SOMERA LAW GROUP

                                         By:___/s/ Gilbert D. Somera_____
                                         GILBERT D. SOMERA
                                         Attorney for Defendant, ALEJANDRO ANGEL GUERRERO


DATED:  ___June 29, 2015_____             BENJAMIN B. WAGNER,
                                         United States Attorney

                                         By:___/s/ Kimberly A. Sanchez_____
                                         KIMBERLY A. SANCHEZ
                                         Assistant United States Attorney
                                         Attorney for Plaintiff, UNITED STATES OF AMERICA

**ORDER**

Granted.  No further continuances.


   IT IS SO ORDERED.

          Dated:  **June 29, 2015**         **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE