**GILBERT D. SOMERA**, #230392
SOMERA LAW GROUP
*A Professional Corporation*
2540 Pacific Avenue, Suite 4
Stockton, California 95204
Phone: (209)465-6633
Fax: (209)465-6635
Email: gil@someralaw.com

Attorney for Defendant, ALEJANDRO ANGEL GUERRERO

BENJAMIN B. WAGNER,
United States Attorney
**KIMBERLY A. SANCHEZ**
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Phone: (559)497-4038
Email: Kimberly.sanchez@usdoj.gov

Attorney for the Plaintiff, UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiffs,<br><br>vs.<br><br>ALEJANDRO ANGEL GUERRERO<br><br>Defendants. | Case No.: 1:14-cr-00073-LJO<br><br>STIPULATION AND ORDER TO EXCLUDE TIME<br><br>Action Filed: July 23, 2015 |

## STIPULATION

Plaintiff, United States of America ("Plaintiff"), by and through its counsel of record, and the defendant, Alejandro Angel Guerrero ("Defendant"), by and through his counsel of record, hereby stipulate as follows:

1
STIPULATION AND ORDER TO EXCLUDE TIME

1. Previously, this matter was set for sentencing on August 10, 2015.
2. By this stipulation, Defendant now moves to continue sentencing until August 31, 2015. Plaintiff does not oppose this request.
3. The parties agree and stipulate, and request that the Court find the following:
   a. Defense counsel, Mr. Gilbert D. Somera, will be unavailable to attend the presently-scheduled sentencing on August 10, 2015, due to a calendar conflict, specifically Mr. Gilbert D. Somera inadvertently scheduled sentencing for a PC 187 matter in Stockton during the same time, for August 10, 2015, People v. Anthony Nabor Orosco, case number: SF123417A.
   b. The government does not object to the continuance.

IT IS SO STIPULATED.

DATED: __July 23, 2015___          SOMERA LAW GROUP

                                   By:___/s/ Gilbert D. Somera_____
                                   GILBERT D. SOMERA
                                   Attorney for Defendant, ALEJANDRO ANGEL GUERRERO


DATED: ___July 23, 2015_____       BENJAMIN B. WAGNER,
                                   United States Attorney

                                   By:___/s/ Kimberly A. Sanchez_____
                                   KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney
                                   Attorney for Plaintiff, UNITED STATES OF AMERICA

### ORDER

IT IS SO ORDERED.

Dated:  **July 24, 2015**    **/s/ Lawrence J. O'Neill**
                             UNITED STATES DISTRICT JUDGE