TIM F. TUITAVUKI CSBN 212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN ST.
STOCKTON, CA 95202
Tel. (209)476-1590
Fax.(209)476-1549

Attorney for Defendant Alejandro Angel Guerrero

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEJANDRO ANGEL GUERRERO<br><br>　　　　　Defendants. | Case No.: 1:14-CR-00073-LJO-SKO<br><br>MOTION TO RELEASE PROPERTY BOND AND ORDER |

## MOTION TO RELEASE PROPERTY BOND

On March 1, 2018, Francisco Guerrero, Jr., on behalf of Defendant Alejandro Angel Guerrero, posted a $30,000.00 property bond with the District Court. The bond is secured by Deed of Trust Doc # 2014-033841 recorded in San Joaquin County, California, in the name of The Clerk of the United States District Court for the Eastern District of California as Trustee. Such deposit was a condition of the Defendant's release on supervised pretrial monitoring during the pendency of the case.

On September 8, 2015, the defendant was sentenced. The defendant has since been released from custody and from supervised release.

///

///

PROPOSED ORDER TO EXONERATE BOND
PAGE: 1

Therefore, Defendant now moves this Court to direct the Clerk to reconvey San Joaquin County Deed of Trust Doc # 2014-033841 to Francisco Guerrero Jr.

Respectfully submitted,

Dated: April 20, 2021       ___/s/ Timote Fakaofo Tuitavuki_____
                            TIMOTE FAKAOFO TUITAVUKI
                            Attorney for Alejandro Angel Guerrero

## CERTIFICATE OF SERVICE

I, Tim F. Tuitavuki, certify that on the 20th day of April 2021, a copy of the foregoing was emailed to AUSA Kimberly Sanchez, United States Attorney's Office at email address: Kimberly.sanchez@usdoj.gov and a hard copy was sent to Ms. Sanchez via the United States Postal Service to address: United States Attorney's Office, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Suite 4401, Fresno, California, 93721.

Dated: April 20, 2021       ___/s/Timote Fakaofo Tuitavuki_____
                            TIMOTE FAKAOFO TUITAVUKI
                            Attorney for Alejandro Angel Guerrero

# FINDINGS AND ORDERS

For good cause appearing, it is hereby ordered that the Clerk shall reconvey to Francisco Guerrero Jr. the sum of $30,000.00, secured by Deed of Trust Doc # 2014-033841 recorded in San Joaquin County, California, and deposited with the Clerk for bond in this matter.

IT IS SO ORDERED.

Dated:   **April 23, 2021**                                    _____
                                                                                   UNITED STATES DISTRICT JUDGE